| | |
|---|---|
| DAVID CRAWLEY, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:14cv00300 |
| v. | ) |
| GEORGE HINKLE, et al., | ) By: Michael F. Urbanski |
| | ) United States District Judge |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby **ORDERED** that the report and recommendation (ECF No. 42) is **ADOPTED in its entirety**; that defendants' motion for summary judgment (ECF No. 25) is **GRANTED** as to Claims 1-3 and 5-9; that Crawley's motion to voluntarily dismiss Claim 4 against W.R. Hensley (ECF No. 30) is **GRANTED**; that Crawley's motion to amend his complaint to add an Eighth Amendment claim against defendants M. Sturgill and Isbell (ECF No. 30) is **DENIED**; that Crawley's motion for spoliation of evidence (ECF No. 47) is **DENIED**; and that this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order to the pro se plaintiff and to counsel of record.

Entered: August 25, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge